IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRY N. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV244 |
| | ) | |
| v. | ) | |
| | ) | |
| VINCE EDWARDS, Branch Contract Manager, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*. Accordingly,

IT IS ORDERED that leave to proceed *in forma pauperis* is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 13th day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court