IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TERRY JOHNSON,                     )
                                   )
          Plaintiff,               )      8:12CV244
                                   )
     v.                            )
                                   )
MR. VINCE EDWARDS, Branch          )      ORDER
Contract Manager, MR. PHILLIP      )
O'DONNELL, Operation Contract      )
Manager, MR. JOSH GOOSSEN,         )
Contract Manager, MISS DENISE      )
ROLLERSON, Dispatcher, MISS        )
McGEE, Principal and               )
employee of O.P.S., MR.            )
RAYMOND BURT, Lead Dispatcher,     )
FIRST STUDENT,                     )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on plaintiff's filing of November 22, 2013 (Filing No. 44) which the Court has construed as a motion for extension of time. After reviewing the filing,

IT IS ORDERED that on or before January 10, 2014, the plaintiff shall file a status report as to his progress in preparing for trial of this matter.

DATED this 27th day of December, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court