IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
TERRY JOHNSON,                  )
                                )
            Plaintiff,          )        8:12CV244
                                )
      v.                        )
                                )
MR. VINCE EDWARDS, Branch       )        MEMORANDUM AND ORDER
Contract Manager, MR. PHILLIP   )
O'DONNELL, Operation Contract   )
Manager, MR. JOSH GOOSSEN,      )
Contract Manager, MISS DENISE   )
ROLLERSON, Dispatcher, MISS     )
McGEE, Principal and            )
employee of O.P.S., MR.         )
RAYMOND BURT, Lead Dispatcher,  )
FIRST STUDENT,                  )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on plaintiff's notice of appeal (Filing No. 67) of the Court's memorandum opinion (Filing No. 64) and order and judgment (Filing No. 65) which granted defendants' motion for summary judgment (Filing No. 58) and dismissed plaintiff's complaint.  Plaintiff has filed a motion and affidavit for permission to appeal in forma pauperis (Filing No. 68).  The Court finds the motion should be granted.  Accordingly,

    IT IS ORDERED:

    1) Plaintiff's motion for permission to appeal in forma pauperis granted.

2) A certificate of appealability is issued and plaintiff may appeal the granting of defendants' motion for summary judgment.

DATED this 1st day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court